**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
IN RE MORGAN STANLEY TECHNOLOGY
FUND SECURITIES LITIGATION

-----------------------------------------------------------X
IN RE MORGAN STANLEY INFORMATION
FUND SECURITIES LITIGATION

-----------------------------------------------------------X



02 **CIVIL** 6153 (BSJ)


02 **CIVIL** 8579 (BSJ)
**JUDGMENT**

Defendants having moved to dismiss Plaintiffs' Second Amended Consolidated Complaints in In re Morgan Stanley Technology Fund Securities Litigation, 02 Civ. 6153 (S.D.N.Y.), and In re Morgan Stanley Information Fund Securities Litigation, 02 Civ. 8579 (S.D.N.Y.), and the matter having come before the Honorable Barbara S. Jones, United States District Judge, and the Court, on February 2, 2009, having rendered its Opinion and Order granting defendants' motions to dismiss and directing the Clerk of the Court to close case number 02 Civ. 8579 and case number 02 Civ. 6153, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 2, 2008, defendants' motions to dismiss are granted; accordingly, case number 02 Civ. 8579 and case number 02 Civ. 6153 are closed.

**Dated:** New York, New York
February 4, 2009

**J. MICHAEL McMAHON**

**Clerk of Court**

BY: _____
**Deputy Clerk**


THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____